| | AUSA: | Christopher Graveline | Telephone: (313) 226-9155 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Allyson Troutman, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Yahya Abdulamir Al-Isawi

Case: 2:17-mj-30110
Judge: Unassigned,
Filed: 03-07-2017 At 04:46 PM
CMP USA V. AL-ISAWI (LH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 28, 2016__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Allyson Troutman, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __MAR 0 7 2017__

_____
Judge's signature

City and state: __Detroit, MI__        Hon. Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Allyson Troutman, being duly sworn, depose and state the following:

## INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI) at Detroit, Michigan, having been so employed since 2016. I am currently assigned to the FBI Safe Streets Violent Gang Task Force and investigate a variety of criminal matters including violations of Federal firearms laws, violent crimes, and drug trafficking.

2.   I make this affidavit from personal knowledge based on my participation in this investigation, including communications with others who have personal knowledge of the events and circumstances described herein, oral and written reports about this investigation which your affiant received, directly or indirectly from law enforcement personnel, information gained through my training and experience.

3.   The information outlined below is provided for the limited purpose of establishing probable cause, and does not contain all details or all facts which exist pertaining to this investigation. This affidavit is provided in support of an application for a complaint and an arrest warrant for YAHYA ABDULAMIR AL-ISAWI, date of birth (DOB) XX/XX/1986. Your affiant believes AL-ISAWI violated Title 18, United States Code, § 922(g)(1), felon in possession of a firearm.

4.   I am currently involved in an investigation of a subject identified as for YAHYA AL-ISAWI, who currently resides in Dearborn Heights, Michigan. This investigation concerns AL-ISAWI and violations of Federal firearms laws.

## INVESTIGATION & PROBABLE CAUSE

5.   On November 28, 2016, officers of the Detroit Police Department's (DPD) Gang Intelligence Unit located and arrested YAHYA AL-ISAWI for outstanding warrants from the 36th District Court of Michigan. They effected this arrest at 7822 Forrer, Detroit, MI, an address AL-ISAWI had previously provided officers as part of another investigation. When officers went to that

1

location on November 28, they knocked on the door and AL-ISAWI's girlfriend opened the door and allowed the DPD officers entry.

6.     DPD officers observed AL-ISAWI exiting the rear bedroom of the residence with his hands in the air. AL-ISAWI was immediately taken into custody for his warrants. While approaching AL-ISAWI, officers observed a box of Tul-Ammo 7.62 riffle ammunition in plain sight in the living room and a 50 round box containing .22 caliber rounds of ammunition on a countertop.

7.     A protective sweep was conducted at the location and DPD officers recovered a Ruger 10/22 rifle with a magazine protruding from a bag of men's clothing in the bedroom. The Ruger was rendered safe and determined to contain a round in the weapon chamber and a loaded magazine. Officers also recovered a 7.62X39 SKS Rifle in the attic of the location.

8.     The Tul-Ammo ammunition box was later determined to contain 20 rounds of 7.62 ammunition and 5 rounds of .380 auto ammunition.

9.     AL-ISAWI told officers he was a resident of the arrest address. Officers also observed in the bedroom, in plain view, a City of Detroit water bill and a DTE energy bill addressed to AL-ISAWI for utility services at address 7822 Forrer, Detroit, MI.

10.     On March 2, 2017 your affiant consulted with Special Agent Michael Bolf, a Firearms Interstate Nexus trained Special Agent in the ATF office, and, from the information provided for the above, he determined the above described firearm was manufactured outside the state of Michigan. He also determined the firearm is a firearm as defined in Chapter 44, Title 18, United States Code Section 921 and, as such, was manufactured after 1898, therefore has traveled in and affected interstate or foreign commerce.

10.     A computerized criminal history check of YAHYA ABDULAMIR AL-ISAWI, DOB XX/XX/1986, revealed that AL-ISAWI is a convicted felon and has been arrested 35 times in the state of Michigan. AL-ISAWI has previous convictions for felon in possession of a firearm, assault, burglary, dangerous drugs, possession of controlled substances, and operating on a suspended or revoked license. AL-ISAWI was on probation with Wayne County during the time of his arrest on November 28, 2016.

15. Based on the above facts, your affiant believes there is probable cause in the aforementioned paragraphs, that YAHYA ABDULAMIR AL-ISAWI, DOB XX/XX/1986, did knowingly violate Title 18, U.S.C. § 922(g)(1) on or about November 28, 2016 in the County of Wayne, Eastern Judicial District of Michigan.

_____
Special Agent Allyson Troutman
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
this 7th day of March, 2017.

_____
Honorable Anthony P. Patti
U. S. Magistrate Judge

3