UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-20384-TGB |
| Plaintiff, | |
| | BENCH ORDER |
| vs. | |
| | HONORABLE TERRENCE G. BERG |
| YAHYA AL-ISAWI, | |
| Defendant. | |

For the reasons stated on the record during the motion hearing held on March 8, 2018, Defendant's MOTION to Transfer Jails or Release (Dkt. 32) is DENIED.

DATED this 9th day of March, 2018.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge